IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO R. ROSADO, | ) | No. C 12-2074 LHK (PR) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MARION SPEARMAN, Warden, | ) | |
| Respondent. | ) | |

The Court has granted Respondent's motion to dismiss for failure to exhaust in part, denied the remaining claim, and entered judgment for Respondent. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/16/13

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\HC.12\Rosado074jud.wpd